# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON,<br><br>  Plaintiff,<br><br>v.<br><br>SHELIA MARQUEZ, et al.,<br><br>  Defendants. | Case No.: 1:18-cv-01223-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL OF CERTAIN CLAIMS<br><br>[ECF Nos. 1, 8, 9] |

Plaintiff Jarrod Gordon is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 4, 2018, the undersigned screened Plaintiff's complaint and found that Plaintiff stated a cognizable claim against Defendants Marquez, Gipson, Yang, and Westcare for denial of free exercise of religion and equal protection, and a cognizable claim against Defendant Marquez for retaliation. (ECF No. 8.) However, Plaintiff did not state any other claims for relief. (Id.) The Court granted Plaintiff leave to amend the complaint or notify the Court in writing of his intent to proceed only the retaliation claim. (Id.) On October 17, 2018, Plaintiff notified the Court of his intent to proceed only on the claims found to be cognizable. (ECF No. 9.) As a result, the Court will recommend that this action proceed only against Defendants Marquez, Gipson, Yang, and Westcare for denial of free exercise of religion and equal protection, and against Defendant Marquez for

1

retaliation, and all other claims be dismissed for the reasons stated in the Court's October 4, 2018 screening order. Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Hebbe v. Pliler, 627 F.3d 338, 342 (9th Cir. 2010).

Accordingly, it is HEREBY RECOMMENDED that:

1. This action proceed against Defendants Marquez, Gipson, Yang, and Westcare for denial of free exercise of religion and equal protection, and against Defendant Marquez for retaliation;

2. All other claims be dismissed for failure to state a claim upon which relief could be granted, consistent with the Court's October 4, 2018 order; and

3. The Clerk of Court is directed to randomly assign a District Judge to this action.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provision of 28 U.S.C. §636 (b)(1)(B). Within **fourteen (14) days** after being served with these Finding and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.2d F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **October 18, 2018**

UNITED STATES MAGISTRATE JUDGE