# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHELIA MARQUEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:18-cv-01223-DAD-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANTS' ANSWER<br><br>[ECF No. 32] |

Plaintiff Jarrod Gordon is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding on Defendants Marquez, Gibson, Westcare Foundation, and Key Yang for violations of the free exercise of religion and the right to equal protection, and against Defendant Marquez for retaliation.

On February 7, 2019, Defendants Westcare Foudnation and Key Yang filed an answer to Plaintiff's complaint. (ECF No. 25.) On February 21, 2019, Plaintiff filed a reply to Defendants' answer. (ECF No. 32.)

///

///

///

1

Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

Fed. R. Civ. P. 7(a). Because the Court did not order Plaintiff to reply to Defendants' answer, Plaintiff's reply is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **February 22, 2019**

UNITED STATES MAGISTRATE JUDGE