# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SHELIA MARQUEZ, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:18-cv-01223-DAD-SAB (PC)<br><br>ORDER STAYING CASE FOR NINETY DAYS PENDING SETTLEMENT CONFERENCE TO HELD ON MAY 10, 2019 |

Plaintiff Jarrod Gordon is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case is currently set for settlement conference on May 10, 2019, at California State Prison-Corcoran before Magistrate Judge Barbara A. McAuliffe. In light of the scheduled settlement conference, this action is STAYED for 90 days to allow the parties an opportunity to settle their dispute before the discovery process begins. Except as provided by any pending or subsequent court order, no other pleadings or other documents may be filed in this case during the stay of this action. The parties shall not engage in formal discovery, but may engage is informal discovery to prepare for the settlement conference.

IT IS SO ORDERED.

Dated: __March 4, 2019__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1