# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON,<br><br>    Plaintiff,<br><br>v.<br><br>SHELIA MARQUEZ, et al.,<br><br>    Defendants. | Case No.: 1:18-cv-01223-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT<br><br>[ECF No. 28] |

    Plaintiff Jarrod Gordon is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Plaintiff's motion for entry of default against Defendant Westcare Foundation, filed February 13, 2019. Plaintiff contends that despite service by the United States Marshal, Defendant Westcare Foundation has not filed any type of response and is therefore in default.

    Rule 55(a) of the Federal Rules of Civil Procedure requires the Clerk of the Court to enter default "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a).

///

///

1

Plaintiff is mistaken; Defendant Westcare Foundation filed a timely answer on February 7, 2019. (ECF No. 25.) Accordingly, Plaintiff's request for entry of default is denied.

IT IS SO ORDERED.

Dated: **March 14, 2019**

_____
UNITED STATES MAGISTRATE JUDGE