# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHELIA MARQUEZ, et al.,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-01223-DAD-SAB (PC)<br><br>ORDER CHANGING LOCATION AND TIME OF SETTLEMENT CONFERENCE ON MAY 10, 2019, BEFORE MAGISTRATE JUDGE BARBARA A. MCAULIFFE<br><br>[ECF No. 34] |

Plaintiff Jarrod Gordon is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This case is currently set for a settlement conference before Magistrate Judge Barbara A. McAuliffe at the California State Prison, Corcoran on May 10, 2019, at 8:30 a.m.

The Court hereby orders that the settlement conference will be conducted before Magistrate Judge Barbara A. McAuliffe on **May 10, 2019, at 9:30 a.m.** in Courtroom 8 (BAM) at the United States Courthouse located at 2500 Tulare Street, Fresno, California. The Court will issue the necessary writ of transportation in due course. All other provisions of the Court's March 4, 2019, order remain in full force and effect.

IT IS SO ORDERED.

Dated: __**March 14, 2019**__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1