

FILED

MAY 10 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON, | Case No. 1:18-cv-01223-DAD-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE JARROD GORDON, CDCR #BB-8328 |
| SHEILA MARQUEZ, et.al., | |
| Defendants. | |

A settlement conference in this matter commenced on May 10, 2019. Inmate Jarrod Gordon, CDCR #BB-8328 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: 5/10/19

_____
UNITED STATES MAGISTRATE JUDGE

1