# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARQUEZ, *et al.*,<br><br>　　　　Defendants. | 1:18-cv-01223-DAD-SAB (PC)<br><br>ORDER REQUIRING DEFENDANT MARQUEZ TO RESPOND TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>(ECF No. 49)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Jarrod Gordon ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 10, 2019, a settlement conference was held before the undersigned. The terms and conditions of the settlement agreement were placed on the record and the Court retained jurisdiction to enforce the settlement. (ECF No. 44.)

On May 16, 2019, the parties filed a stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (ECF No. 46), and the action was terminated by operation of law, (ECF No. 48).

Currently before the Court is Plaintiff's "Motion for Injunction to Have Defendant Pay Plaintiff Agreement of Settlement," filed December 2, 2019. (ECF No. 49.) In his motion, Plaintiff states that as of November 24, 2019, he has not received payment pursuant to the

1

settlement agreement, and therefore seeks an order for Defendant to pay Plaintiff the agreed upon amount. (Id.) The Court construes Plaintiff's motion as a motion to enforce the settlement agreement.

The Court finds it appropriate to obtain a response from Defendant Marquez regarding the motion. Accordingly, Defendant Marquez shall file a response to Plaintiff's motion, (ECF No. 49), within **twenty-one (21) days** from the date of this order.

IT IS SO ORDERED.

Dated: __**December 5, 2019**__          /s/ *Barbara A. McAuliffe*_
                                                                UNITED STATES MAGISTRATE JUDGE