# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD GORDON,<br><br>    Plaintiff,<br><br>v.<br><br>MARQUEZ, *et al.*,<br><br>    Defendants. | 1:18-cv-01223-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>(ECF No. 49) |

Plaintiff Jarrod Gordon ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 10, 2019, a settlement conference was held before the undersigned. The terms and conditions of the settlement agreement were placed on the record and the Court retained jurisdiction to enforce the settlement. (ECF No. 44.)

On May 16, 2019, the parties filed a stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), (ECF No. 46), and the action was terminated by operation of law, (ECF No. 48).

On December 2, 2019, Plaintiff filed a "Motion for Injunction to Have Defendant Pay Plaintiff Agreement of Settlement." (ECF No. 49.) In his motion, Plaintiff stated that as of November 24, 2019, he had not received payment pursuant to the settlement agreement, and

1

therefore sought an order for Defendant to pay Plaintiff the agreed upon amount. The motion was not signed under penalty of perjury. (Id.) The Court construed Plaintiff's motion as a motion to enforce the settlement agreement and ordered Defendant Marquez to file a response within twenty-one days. (ECF No. 50.)

Defendant Marquez filed a response on December 11, 2019, in the form of a declaration of defense counsel. (ECF No. 51.) In his declaration, counsel states that he received confirmation on December 9, 2019 from the CDCR Office of Legal Affairs that CDCR disbursed the settlement funds to Plaintiff's inmate trust account on September 19, 2019, after deducting Plaintiff's outstanding restitution and other obligations in accordance with the terms of the Settlement Agreement. The declaration is signed under penalty of perjury. (Id.)

The deadline for Plaintiff to file a response has expired, and the Court has received no communication from Plaintiff. The motion is deemed submitted. Local Rule 230(l).

Based on the information currently before the Court, it appears that CDCR has disbursed the settlement funds to Plaintiff in accordance with the terms of the Settlement Agreement. Therefore, Plaintiff's motion to enforce the settlement agreement, (ECF No. 49), is DENIED.

IT IS SO ORDERED.

Dated: **December 27, 2019**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE